IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17.  MARTIN ARIZMENDI-MORENO,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 820]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts [Docket No. 820] is granted. Counts 1 and 38 of the Indictment are dismissed as to defendant Martin Arizmendi-Moreno.

DATED October _10_, 2014.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge